ORDERED.

Dated: June 23, 2021

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

FABIO A. CARDONA                                    Case No. 2:21-bk-00012-FMD

      Debtor.
_____/

**ORDER GRANTING MOTION TO APPROVE STIPULATION
ON REPURCHASE OF ASSETS AND NOTICE OF
INTENTION TO ABANDON PROPERTY OF THE ESTATE**

     THIS CASE came before the Court without a hearing on the Motion for Approval of Stipulation for Repurchase and Notice of Intention to Abandon Property of the Estate (Doc No. 19) filed by the Trustee. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the date the paper was served. No party filed an objection within the time permitted and the Court therefore deems the matter to be unopposed. The Court having reviewed the Motion, having considered the record of this case and being otherwise advised on the premises, it is therefore

     ORDERED that the Motion shall be, and the same hereby is, GRANTED, and

     IT IS FURTHER ORDERED that the Debtor shall pay the disclosed excess non-exempt assets for a total amount of $2,301.67, which includes a service charge of $240.00, payable over 12 months. The Debtor shall pay $191.81 beginning April 15, 2021 and continuing on the same day of each month thereafter for a total of eleven months. Debtor will make a twelfth and final payment of $191.76. All payments shall be sent to and be made payable to Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, FL 33902. It is further

IT IS FURTHER ORDERED that the Debtor be, and is hereby ordered to pay the sums afore described, and

IT IS FURTHER ORDERED that the Trustee's proposed abandonment of properties of the estate, homestead property located at 13107 Regent Cir., Ft. Myers, Florida, is APPROVED and the properties are ABANDONED; and

IT IS FURTHER ORDERED that, to the extent the Stipulation includes repurchase of any vehicles, the Debtor shall provide proof of insurance to the Trustee with the first payment due hereunder, and further, Debtor acknowledges that the Trustee has a security interest in the vehicles to the extent of the entire repurchase amount and will agree, if requested, to execute a Notice of Lien to perfect Trustee's security interest therein, and will pay any lien fees. This Stipulation shall also constitute a security agreement in any and all assets being repurchased to the extent of the amount of the Stipulation. In addition to providing Trustee with Proof of Insurance, the Debtor shall also surrender the original Certificate of Title of any and all unliened vehicles to the Trustee, which Certificate of Title the Trustee shall hold until all sums are paid in full. Debtor will also provide notice to their insurance company of the lien of the Trustee and shall have Trustee listed as loss payee on any applicable policy, which shall also provide that the Trustee be notified of any cancellation of insurance. Failure to maintain insurance shall constitute a default of the Stipulation, and

IT IS FURTHER ORDERED that, in the event any payment is not made, the Trustee shall give written notice to the Debtor and Debtor's counsel, at the last address of record. If the Debtor fails to cure the default within ten days, the Trustee shall have the right to accelerate the remaining balance due and to file a Motion for Entry of Final Judgment for said sums together with estimated attorney's fees and costs for the need to file an adversary proceeding to deny or revoke the Debtor's discharge. A Final Judgment based on the Motion shall be entered without further notice or hearing. Further, the Trustee shall have the right to file suit seeking the revocation or denial of the Debtor's discharge, as appropriate, due to the Debtor failing to comply with the terms of this Order.

Trustee, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.